CCA # 13-14-00175-CR

OFFENSE: Capital Murder

STYLE: Manuel Pena v. The State of Texas

COUNTY: Cameron

TRIAL COURT: 107th District Court
TRIAL COURT #: 2009-CR-1438-A
TRIAL COURT JUDGE: Hon. Benjamin Euresti Jr.
DISPOSITION: Affirmed

_____ MOTION
FOR REHEARING IS: _____
DATE: June 25, 2015
JUDGE: Gina M. Benavides

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____                    DNP: _____

CLK RECORD: _____x_____

RPT RECORD: _____x_____

STATE BR: _____x_____

APP BR: _____x_____

SUPP CLK RECORD _____

SUPP RPT RECORD _____

SUPP BR _____

PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # 1004-15

-------------------

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 11/04/2015
JUDGE: _____

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

-------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____